Eric S. Rossman, ISB # 4573
erossman@rossmanlaw.com
Chad M. Nicholson, ISB #7506
cnicholson@rossmanlaw.com
ROSSMAN LAW GROUP, PLLC
737 N. 7th Street
Boise, Idaho  83702
Telephone:  (208) 331-2030
Facsimile:  (208) 342-2170

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JEREMY J. GUGINO, Chapter 7 Bankruptcy Trustee,           ) ) ) | CASE NO. 1:08-cv-245-EJL |
| Plaintiff,           ) ) | **STIPULATION TO EXTEND THE DEADLINE TO FILE** |
| -vs-           ) ) | **SETTLEMENT DOCUMENTS** |
| ST. LUKE'S REGIONAL MEDICAL CENTER, LTD., an Idaho non-profit corporation,           ) ) ) ) ) | |
| Defendant.           ) | |

   COMES NOW, Plaintiff, by and through his counsel of record, Chad M. Nicholson, of the

law firm of ROSSMAN LAW GROUP, PLLC, and the Defendant, St. Luke's Regional Medical

Center, Ltd., by and through its counsel of record, Bradley J. Dixon, of the law firm of Stoel

Rives LLP, and hereby stipulate and agree as follows:

**STIPULATION TO EXTEND THE DEADLINE TO FILE SETTLEMENT DOCUMENTS - 1**

1.  Plaintiff/Trustee has prepared a Motion to Approve Compromise to be filed with the United States Bankruptcy Court for the District of Idaho, case number 09-02515-TLM, and is awaiting a hearing date.

2.  Counsel for Defendant is in the process of finalizing a Release and Settlement Agreement.

3.  In light of the foregoing, the parties request an extension of forty-five (45) days to file settlement paperwork.

DATED this __23rd__ day of March, 2012

ROSSMAN LAW GROUP, PLLC

By __/s/ Chad M. Nicholson__
    Chad M. Nicholson
    Attorneys for Plaintiff

DATED this __23rd__ day of March, 2012.

STOEL RIVES LLP

By __/s/ Bradley J. Dixon__
    Bradley J. Dixon
    Attorneys for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on this  _23rd_  day of March, 2012, I caused to be served a true and correct copy of the foregoing document by the method indicated below to the following:

| | | |
|---|---|---|
| _____ | U.S. Mail | Bradley J. Dixon |
| _____ | Overnight Mail | STOEL RIVES LLP |
| \_\_XX\_\_ | Electronic Copy | 101 S. Capitol Boulevard, Suite 1900 |
| _____ | Hand Delivery | Boise, ID 83702 |
| _____ | Facsimile No. (208) 389-9040 | |

_/s/ Chad M. Nicholson_
Chad M. Nicholson

C:\Documents and Settings\cnicholson\Local Settings\Temporary Internet Files\OLKB\Stip Extend Settlement.doc

**STIPULATION TO EXTEND THE DEADLINE TO FILE SETTLEMENT DOCUMENTS - 3**